ANTHONY WYSOCKI, Appellant, *v.* HELEN KUGEL et al., Respondents, et al., Defendants.

Argued April 14, 1954; decided May 27, 1954.

*Larue Z. Brown* for appellant.

*Leonard N. Lakser* and *Theodore J. Vogt* for Helen Kugel and another, respondents.

*Elmer R. Weil, County Attorney* (*Maurice J. Rumizen* of counsel), for County of Erie, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.